# MANDATE

S.D.N.Y. – N.Y.C.
23-cv-10513
Swain, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty-four.

Present:
    Denny Chin,
    Richard J. Sullivan,
    Beth Robinson,
        *Circuit Judges*.

Andre Wilburn,

        *Plaintiff-Appellant*,

v.                                                                            24-220

Valerie Galloway, et al.,

        *Defendants-Appellees*.

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/01/2024